BARNABAS C. TOMPKINS, APPELLANT, v. HARRISON BARNES, RESPONDENT.

APPEAL from a judgment in favor of the defendant, entered upon an order dismissing the complaint herein. The General Term held that there was evidence in the case which should have been submitted to the jury, and that it was error to grant a non-suit.

*Robert S. Hart,* for the appellant.

*Close & Robertson,* for the respondent.

Opinion by GILBERT, J.

Present — BARNARD, P. J., and GILBERT, J.

Judgment reversed and new trial granted, costs to abide the event.